| AO-10 Rev. 1/89 | **FINANCIAL DISCLOSURE REPORT** | Annual Report Due by May 15 from Judicial Officers and certain Judicial Employees (28 USCA App. I, §§ 301-69) |
|---|---|---|

| Person Reporting (Last name, first, middle initial) AMON, CAROL B. | Court or Organization U.S. DISTRICT COURT EASTERN DISTRICT OF NEW YORK | Date of Report 5/21/90 |
|---|---|---|
| Title Current Position: United States Magistrate | Date of Entry/Nomination/Termination (only if initial or final report) Nomination for U. S. District Court: 5/18/90 | Reporting Period (Calendar year, or inclusive dates) 1/1/89 to 5/21/90 |
| Home or office address 225 Cadman Plaza East Brooklyn, New York 11201 | | |

**IMPORTANT NOTES:** *Please read the instructions accompanying this form. The report should include information pertaining to your spouse and dependent children, if any. Attach additional sheets if needed, identifying each attachment by showing your name, the date of the report, and the section(s) being completed. Complete all sections, checking the NONE box for each section where you have no reportable information. Compare and reconcile this report with last year's and list items in the same order as last year. Type or print clearly. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 15-17 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| [X] NONE (No reportable positions) | |
| | |
| | |

## II. AGREEMENTS. (Reporting individual only; see p. 17 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| [X] NONE (No reportable agreements) | |
| | |
| | |

## III. NON-INVESTMENT INCOME. (Partial disclosure for spouse; see pp. 18-20 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| [ ] NONE (No reportable non-investment income) | | |
| (S) | LAW PARTNERSHIP DISTRIBUTION | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

Digitized by Google


| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>AMON, CAROL B. | Date of Report<br>5/21/90 |
|---|---|---|

## IV. REIMBURSEMENTS and GIFTS--transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; see pp. 20-22 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| [X] NONE (No such reportable reimbursements or gifts) | |

## V. OTHER GIFTS. (Includes those to spouse and dependent children; see pp. 20-22 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| [X] NONE (No such reportable gifts) | | |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. (Includes those of spouse and dependent children; see pp. 22-24 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| [X] NONE (No reportable liabilities) | | |

* VALUE CODES

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>AMON, CAROL B. | Date of Report<br>5/21/90 |
|---|---|---|

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate section of Report.)

☒ Check to affirm that differences in investments from those reported in prior year are exempt from disclosure.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

Signature _Carol Bagley Amon_          Date ___5/21/90___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (28 U.S.C.A. APP. I, § 104, AND 18 U.S.C. § 1001.)

**FILING INSTRUCTIONS:**

1. Mail signed original and 3 additional copies to:   Judicial Ethics Committee
   Administrative Office of the
   United States Courts
   Washington, DC 20544

2. Deliver one copy to the Clerk of the Court on which you sit or serve. (Judicial employees not associated with a specific court, such as employees of the Administrative Office and the Federal Judicial Center, need not file a copy with any court.)

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>AMON, CAROL B. | Date of Report<br>5/21/90. |
|---|---|---|

## VII. INVESTMENTS and TRUSTS—Income, value, transactions. (Includes those of spouse; partial disclosure for dependent children; see pp. 24-35 of Instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during period | | C.<br>Gross value at end of period | | D.<br>Transactions during period<br>(Reporting individual and spouse) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Amt.<br>Code¹<br>(A-H) | Type<br>(e.g., div.) | Value<br>Code²<br>(J-P) | Value<br>Method<br>Code³<br>(Q-W) | Type<br>(e.g., sold) | Date:<br>Month-<br>Day | Value<br>Code²<br>(J-P) | Gain<br>Code¹<br>(A-H) | Identity of<br>buyer/seller<br>(if private transaction) | |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | | |
| ¹ Energy Partners Oil & Gas 1980-1 | A | Dist. | J | W | | | | | | |
| ² Energy Partners Oil & Gas 1980-2 | A | Dist. | J | W | | | | | | |
| ³ GADHAN, Inc. | A | Dist. | J | W | | | | | | |
| ⁴ Merrill Lynch Basic Value Fund | A | Div | K | T | Bought | 1/4/90 | K | A | | |
| 5 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 15 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

Income Gain Codes: A = exempt ($0 to $100)  B = $101 to $1,000  C = $1,001 to $2,500  D = $2,501 to $5,000
E = $5,001 to $15,000  F = $15,001 to $50,000  G = $50,001 to $100,000  H = over $100,000
Value Codes: J = exempt ($0 to $1,000)  K = $1,001 to $5,000  L = $5,001 to $15,000  M = $15,001 to $50,000
N = $50,001 to $100,000  O = $100,001 to $250,000  P = over $250,000
Value Method Codes: Q = Appraisal  R = Cost (real estate only)  S = Assessed value  T = Cash/market

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>AMON, CAROL B. | Date of Report<br>5/21/90 |
|---|---|---|

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate section of Report.)

| x |
|---|

Check to affirm that differences in investments from those reported in prior year are exempt from disclosure.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

Signature _Carol Bagley Amon_     Date ___5/21/90___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (28 U.S.C.A. APP. I, § 104, AND 18 U.S.C. § 1001.)

### FILING INSTRUCTIONS:

1. Mail signed original and 3 additional copies to:

   Judicial Ethics Committee
   Administrative Office of the
   United States Courts
   Washington, DC 20544

2. Deliver one copy to the Clerk of the Court on which you sit or serve. (Judicial employees not associated with a specific court, such as employees of the Administrative Office and the Federal Judicial Center, need not file a copy with any court.)

Digitized by Google